UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE PROTECT DEMOCRACY
PROJECT, INC.,

          *Plaintiff*,

v.

U.S. DEPARTMENT OF JUSTICE, *et al.*,

          *Defendants*.

No. 17-cv-1607-EGS

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of December 1, 2017, Plaintiff, The Protect Democracy Project, and Defendants, the U.S. Department of the Treasury ("Treasury"), Department of Justice ("DOJ"), and the Office of Management and Budget ("OMB"), respectfully submit this joint status report.

1. This matter arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. On April 19, 2017, Plaintiff submitted FOIA requests to Defendants seeking various categories of records regarding the statutory debt limit. Pl.'s Compl. ¶ 14 (ECF No. 1).

2. Plaintiff filed its Complaint on August 10, 2017, and Defendants answered on September 27, 2017. *See* ECF Nos. 1, 10.

3. DOJ's Office of Information Policy ("OIP") provided a final response to Plaintiff's FOIA request on December 15, 2017.

4. OMB is continuing to review approximately 1,900 documents identified as potentially responsive to Plaintiff's request, and is processing and producing any non-exempt, responsive documents, on a rolling basis at a rate of 500 documents per month. OMB has

provided two interim responses to date on December 1, 2017 and January 2, 2018, respectively. It anticipates providing its next interim response by February 1, 2018.

5.  Treasury is currently processing records identified as potentially responsive to parts 1 and 5 of Plaintiff's FOIA request.  It anticipates providing any non-exempt, responsive records on a rolling basis no later than February 15, 2018.  The parties are continuing to discuss ways to potentially narrow parts 2 through 4 of Plaintiff's request, including prioritizing the review of custodians in certain Treasury offices and excluding from processing news articles, news clips, and other media-sourced documents.[1]  Treasury is in the process of conducting a responsiveness review of a subset of records potentially responsive to parts 2 through 4, per the parties' discussions to date; after the completion of this process, the parties will discuss whether further narrowing is necessary and a processing and production schedule for parts 2 through 4, if appropriate.

6.  The parties propose to file another joint status report by no later than March 29, 2018 to update the Court on the parties' continuing attempts to narrow parts 2 through 4 of the request directed to Treasury and any other outstanding matters and to, if appropriate, propose additional processing and production schedules.

Dated: January 29, 2018                    Respectfully submitted,

*/s/ Anne Tindall*
JUSTIN FLORENCE (D.C. Bar No. 988953)
Justin.Florence@protectdemocracy.org
ANNE TINDALL (D.C. Bar No. 494607)
Anne.Tindall@protectdemocracy.org
The Protect Democracy Project, Inc.
2020 Pennsylvania Ave., NW #163
Washington, DC 20006
Phone: 202-599-0466

---

[1] Treasury's initial search resulted in approximately 52,000 potentially responsive documents, which were largely attributable to the broad scope of parts 2 through 4 of Plaintiff's request.

Fax: 929-777-8428

*Counsel for Plaintiff*


CHAD A. READLER
Deputy Principal Assistant Attorney General

JESSIE K. LIU
United States Attorney

MARCIA BERMAN
Assistant Branch Director
Federal Programs Branch

*/s/ Kathryn C. Davis*
KATHRYN C. DAVIS (DC Bar No. 985055)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6130
Washington, D.C.  20530
Tel:    (202) 616-8298
Fax:    (202) 616-8460
Email: Kathryn.C.Davis@usdoj.gov

*Attorneys for Defendant*